JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DURANT MCLEOD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>TRANSUNION, a Delaware corporation; TRANSUNION LLC, a Delaware limited liability company; SALESFORCE, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:25-cv-08553-SB-SK<br><br>[Assigned for all purposes to Hon. Stanley Blumenfeld, Jr., Dept. 6C]<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL**<br><br>Action filed: September 9, 2025<br>Trial date:　None set |

1 | Pursuant to Plaintiff's voluntary dismissal, all claims asserted by Plaintiff Durant
2 | McLeod are dismissed without prejudice, and each party will bear its own attorneys' fees
3 | and costs.

DATED: December 29, 2025

_____
HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE